# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

JAMES HOUCK,

Plaintiff,

v.                                                           Court Case No. 2:26CV579

WALWORTH COUNTY, et al,

Defendants.

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO CIVIL LOCAL RULE 7.1 AND FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1

Plaintiffs, by their attorney, Walter W. Stern III, hereby provides the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

(1) The full name of every party or amicus the attorney represents in the case:

    a. James Houck

(2) If such party or amicus is a corporation:

    a. Any parent corporation:   None.

    b. Any publicly held corporation owning 10% or more of the company's stock: None.

(3) The name of all firms whose partners or associates appear for a party or are expected to appear for a party in this Court:

    a. Law Office of Walter W. Stern III

Dated this 13th day of April, 2026

By:     *electronically signed by Walter W. Stern III*
Walter W. Stern III
Attorney for Plaintiff
Bar No. 1014060
920 85th St., Suite 123
Kenosha WI 53143
Phone: (262) 880-0192
Fax: (262) 997-1101
Email: wwstern111@gmail.com